UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR CASTILLO,<br>         Petitioner<br>     v.<br>GREG LEWIS, Warden,<br>         Respondent. | Case No. CV 12-9786-DMG (GJS)<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 3, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE